36 So.2d 609

**Dave MORROW v. STATE.**

**8 Div. 670.**

Court of Appeals of Alabama.

May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

32 So.2d 180

**Bennie MOTON v. STATE.**

**6 Div. 482.**

Court of Appeals of Alabama.

June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

29 So.2d 902

**Jim MULLINS v. STATE.**

**4 Div. 930.**

Court of Appeals of Alabama.

Nov. 12, 1946.

See, also, 31 Ala.App. 571, 19 So.2d 845.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

34 So.2d 871

**C. C. NEWBERRY v. STATE.**

**6 Div. 633.**

Court of Appeals of Alabama.

March 9, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed, motion of appellant.

34 So.2d 33

**John Henry NEWSOME v. STATE.**

**4 Div. 970.**

Court of Appeals of Alabama.

Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

29 So.2d 902

**Lois NICHOLAS v. STATE.**

**1 Div. 531.**

Court of Appeals of Alabama.

Nov. 26, 1946.

Kenneth E. Henderson, of Mobile, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.